*Cmmc*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Docket No. '21 MJ02475 |
| Plaintiff, ) | |
| ) | |
| v. ) | COMPLAINT FOR VIOLATION OF: |
| ) | Title 8, USC 1324(a)(1)(A)(i) and (v)(II) |
| ) | Attempted Bringing In Illegal Aliens At |
| ) | Other Than Port Of Entry (Felony) |
| Dario RODRIGUEZ-Robles, ) | |
| Manuel PEREZ-Tamayo, ) | |
| ) | |
| ) | |
| ) | |
| Defendants. ) | |

The undersigned complainant being, duly sworn, states:

On or about June 17, 2021, within the Southern District of California and elsewhere, defendants Dario RODRIGUEZ-Robles and Manuel PEREZ-Tamayo, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Daniel LERA-Oaxaca, Pedro MARCIAL-Ramirez, and Victor Manuel MEDRANO-Perez, had not received prior official authorization to come to, enter and reside in the United States, did attempt to bring to the United States said aliens at a place other than a designated Port Of Entry or place other than as designated by the commissioner; in violation of Title 8, United States Code, Section 1324(a)(l)(A)(i) and (v)(II).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT

Wesley Cornue
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH
FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON JUNE 18, 2021

HON. ALLISON H. GODDARD
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
 **Dario RODRIGUEZ-Robles,**
 **Manuel PEREZ-Tamayo**

### PROBABLE CAUSE STATEMENT

The complainant states that Daniel LERA-Oaxaca, Pedro MARCIAL-Ramirez, and Victor
Manuel MEDRANO-Perez, are citizens of a country other than the United States; that said
aliens have admitted that they are deportable; that their testimony is material, that it is
impracticable to secure their attendance at the trial by subpoena; and they are material witnesses
in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18,
United States Code, Section 3144.

On June 17, 2021, Border Patrol Agent G. Graczyk was conducting his assigned duties in the
San Clemente Border Patrol Station's area of responsibility. At approximately 6:10 AM, The
Coast Guard received a call that a citizen had observed a panga style vessel with two visible
individuals and a large tarp covering the rest of the vessel. The Coast Guard responded and
observed a 25 foot blue and white panga style vessel with two passengers. The Coast Guard
ordered the vessel to stop and boarded it for inspection. The Coast Guard removed the tarp on
the vessel to reveal 15 more individuals. The driver of the vessel, later identified as defendant,
Dario RODRIGUEZ-Robles, had a Global Positioning System in his hand. The Coast Guard
towed the vessel back to the Ballast Point Coast Guard Station in San Diego, California and
contacted Border Patrol agents. At approximately 9:00 AM, Agent Graczyk arrived at the
Ballast Point Coast Guard Station. Agent Graczyk identified himself as a Border Patrol Agent
and conducted an immigration inspection. All 17 individuals, including defendant
RODRIGUEZ, another individual later identified as defendant Manuel PEREZ-Tamayo, and
three individuals, later identified as material witnesses Daniel LERA-Oaxaca, Pedro
MARCIAL-Ramirez, and Manuel MEDRANO-Perez, stated that they are citizens of Mexico
without any immigration documents allowing them to enter or remain in the United States
legally. At approximately 9:30 AM, Agent Graczyk placed all 17 individuals, including
defendants RODRIGUEZ, PEREZ, and material witnesses LERA, MARCIAL and
MEDRANO, under arrest.

Defendant Dario RODRIGUEZ-Robles was advised of his Miranda rights. RODRIGUEZ
stated that he understood his rights and was willing to answer questions without an attorney
present. RODRIGUEZ stated that he is a citizen of Mexico and was not in possession of proper
documents that would allow him to enter or remain in the United States legally. RODRIGUEZ
admitted to being the Captain of the vessel for this event. RODRIGUEZ stated that he was
hired to smuggle individuals into the United States illegally and would be paid $10,000 MXN
Pesos per trip. RODRIGUEZ also stated that he was given four payments of $3,000 MXN
Pesos for expenses during the trip. RODRIGUEZ stated that on June 16, 2021, at

**CONTINUATION OF COMPLAINT:**
 **Dario RODRIGUEZ-Robles,**
 **Manuel PEREZ-Tamayo**

approximately 5:00 PM, he met up with the Co-Defendant Manuel PEREZ-Tamayo, in
Ensenada, Mexico to board the vessel. RODRIGUEZ was given a Global Positioning System
(GPS), and were given instructions to go to Rosarito, Mexico. RODRIGUEZ stated that his
final destination was Point Loma, California, to drop off the individuals in the vessel and then
return to Mexico to receive his payment. RODRIGUEZ was shown a photo line-up and was
able to positively identify PEREZ, as the individual who was refueling the vessel.

The defendant Manuel PEREZ-Tamayo was read his Miranda Rights. PEREZ stated he
understood his rights and was willing to talk without an attorney present. PEREZ stated that he
told his friend that he wanted to go to the United States, but he did not have money to pay the
smuggling fee. Perez stated that his friend contacted him a few days prior and told him he
could be smuggled for free if he assisted the captain of the vessel by helping with gas cans.
PEREZ stated that he and the captain were the only visible individuals, with the rest hiding
under a tarp. PEREZ stated that they were eventually intercepted by The Coast Guard and that
his intended destination was Los Angeles, California. PEREZ was shown a photographic line-
up and he identified Dario RODRIGUEZ-Robles as the captain of the vessel.

Material witnesses, LERA, MARCIAL and MEDRANO, admitted to being citizens of Mexico
illegally present in the United States and not having any documents that would allow them to
enter or remain in the United States legally. LERA, MARCIAL and MEDRANO admitted to
making smuggling arrangements. LERA, MARCIAL and MEDRANO stated that they agreed
to pay in between $10,000 and $17,000 USD if successfully smuggled into the United States.
LERA, MARCIAL and MEDRANO stated that they were taken to a boat near Rosarito, Mexico
in order be smuggled into the United States by sea. LERA, MARCIAL and MEDRANO were
boarded into a boat, taken out to sea and made an illegal entry into the United States on or about
June 16, 2021. LERA, MARCIAL and MEDRANO were presented with a photo lineup of the
17 individuals detained on the panga. MARCIAL and MEDRANO identified the defendant,
Dario RODRIGUEZ-Robles, as being the captain of the panga in this event. MARCIAL
identified a photograph of Manuel PEREZ-Tamayo as co-captain/driver of the boat. MARCIAL
also identified Dario RODRIGUEZ-Robles as being the GPS navigator of the boat.